## HERRINGTON v. THE STATE.

FISH, P. J.    It is only the intentional pointing or aiming of a gun or pistol by one person at another which is made an offense by the Penal Code, § 343. Consequently an accusation which alleged merely that the accused pointed a pistol at another designated person, etc., without charging that it was

intentionally so pointed, was fatally defective, and, after conviction and sentence, it was erroneous to overrule a motion in arrest of judgment, based upon such .defect in the accusation.

*Judgment reversed.   All the Justices concur.*

Submitted October 17, — Decided November 10, 1904.

Accusation of pointing weapon at another.   Before Judge Overstreet.   City court of Sylvania.   July 13, 1904.

*H. S. White*, for plaintiff in error.
*H. A. Boykin, solicitor*, contra.